application only to the facts then before us. We did not intend to decide any subsequent action arising between the parties. We decided merely that the landlord had not accepted the surrender of the tenant, nor had he evicted the tenant at the time that that action was brought. Any subsequent claim of eviction or of surrender and acceptance must be decided upon the facts then submitted to the court. Present — Kelly, P. J., Rich, Kelby, Young and Kapper, JJ.

OCEAN BEACH FIRE ISLAND COMPANY, Respondent, v. WILLIAM H. WRAY, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Kelby, Young and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. 1 PIERCE-ARROW LIMOUSINE AUTOMOBILE and Others, Respondents.— Motion for reargument denied. Present — Kelly, P. J., Rich, Kelby, Young and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. 1 PIERCE-ARROW LIMOUSINE AUTOMOBILE and Others, Respondents.— Motion for resettlement denied. Present — Kelly, P. J., Rich, Kelby, Young and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES H. NOZIGLIA, Relator, v. RICHARD E. ENRIGHT, as Police Commissioner of the City of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Kelby, Young and Kapper, JJ.

WILLIAM A. RAFTER, Respondent, v. RICHARD K. FOX PUBLISHING COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Kelby, Young and Kapper, JJ.

RAYMOND I. SURESKY, Respondent, v. CASE-KANE, INC., Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Kelly, P. J., Rich, Kelby, Young and Kapper, JJ.

ARNOLD D. AJELLO, Appellant, v. STATE ASSURANCE COMPANY, LIMITED, OF LIVERPOOL, ENGLAND, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

GEORGE W. BAKER, Suing on Behalf of Himself and All Other Persons Similarly Situated, as Members of Syndicate B, Mentioned and Described in the Complaint Herein, Respondent, v. J. ALEXANDER DINGWALL, JR., Appellant, Impleaded with Others. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

GEORGE W. BAKER, Suing on Behalf of Himself and All Other Persons Similarly Situated, as Members of Syndicate B, Mentioned and Described in the Complaint Herein, Respondent, v. J. ALEXANDER DINGWALL, Appellant, Impleaded with Others. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

GEORGE W. BAKER, Suing on Behalf of Himself and All Other Persons Similarly Situated, as Members of Syndicate B, Mentioned and Described in the Complaint Herein, Respondent, v. J. ALEXANDER DINGWALL, JR., and Others, Appellants. (Appeal No. 3.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

GEORGE W. BAKER, Suing on Behalf of Himself and All Other Persons Similarly Situated, as Members of Syndicate B, Mentioned and Described in the Complaint Herein, Respondent, v. J. ALEXANDER DINGWALL, JR., and Others, Appellants.